**MARLIN & SALTZMAN, LLP**  JS-6
Louis M. Marlin, Esq. (SBN: 54053)
louis.marlin@marlinsaltzman.com
Dale A. Anderson, Esq. (SBN: 122106)
danderson@marlinsaltzman.com
3200 El Camino Real, Suite 100
Irvine, California  92609
(714) 669-4900  Fax: (714) 669-4750

**UNITED EMPLOYEES LAW GROUP, PC**
Walter Haines, Esq. (SBN: 71075)
whainesuel@glaw.com
110 Pine Avenue, Suite 725
Long Beach, California  90802
(888) 474-7242  Fax: (866) 435-7471

Attorneys for Plaintiff, Juanita Edwards

**FULBRIGHT & JAWORSKI L.L.P.**
Marcus A. Torrano, Esq. (SBN: 138874)
mtorrano@fulbright.com
Jennifer M. Ilenstine, Esq. (SBN: 233920)
jilenstine@fulbright.com
555 South Flower Street, 41st Floor
Los Angeles, California  90071
(213) 892-9200  Fax: (213) 892-9494

Attorneys for Defendant Our365, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA EDWARDS, an individual; on her own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>  vs.<br><br>OUR365, INC., and DOES 1-100, Inclusive,<br><br>                    Defendants. | Case No. CV11-03413 VBF (JEMx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL**<br><br>**[FRCP 41(a)]**<br><br>(Assigned to Hon. Valerie Baker Fairbank, Courtroom 9) |

1   Now before this Court is the parties' Stipulation for Entry of Dismissal of Entire
2 Action in the above-entitled matter ("Action").  Good cause appearing therefor, the
3 parties' stipulated request for a dismissal of the Action is hereby GRANTED.  The
4 entire Action shall be dismissed with prejudice as to plaintiff Juanita Edwards and her
5 claims, and without prejudice as to the putative class and putative class claims.

6   The Clerk of the Court is directed to take any necessary procedural and
7 administrative actions to terminate this Action.

8   It is so ORDERED.

11 Dated:  September 15, 2011          _____
                                       HON. PERCY ANDERSON,
12                                     UNITED STATES DISTRICT COURT